UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:   Maria Gutierrez                                         Case No.: 24-11037-LMI
                                                                 Chapter 13

_____Debtor(s)_____/

## NOTICE OF COMPLIANCE BY ATTORNEY FOR DEBTOR WITH LOCAL RULE 2083-1(B) CLAIMS REVIEW REQUIREMENT

The undersigned attorney for debtor certifies that a review of the claims register and all claims filed in the above referenced case has been completed in accordance with Local Rule 2083-1(B) and that:

1) ☒   No further action is necessary.

2)   The following actions have been taken:

   ☐   The debtor has filed an objection to the proof of claim filed by _____.

   ☐   The debtor has filed a _____ amended plan or modified plan to provide for the proof of claim filed by _____.

   ☐   Other: _____
   _____
   _____.

A copy of this certificate of compliance was served on the chapter 13 trustee via the NEF and the debtor via U.S. Mail on May 21, 2024 .

Respectfully Submitted:
*/s/ Jose A. Blanco* | 062449
**JOSE A. BLANCO, P.A.**
102 E 49th ST
Hialeah, FL 33013
Tel:   (305) 349-3463
Fax:   (786) 567-5057
E-Mail: jose@blancopa.com